**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:19-CV-14420-ROSENBERG**

ATLANTIC HEALTH CARE
CENTER, LLC, LYRIC HEALTH
CARE FACILITIES, LLC,
GRANTHAM HEALTH CARE,
LLC, TIMOTHY F. NICHOLSON,

      Plaintiffs/Petitioners,

v.

ARGONAUT INSURANCE
COMPANY,

      Defendant/Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE

    **THIS MATTER** comes before the Court upon Plaintiffs' "Consolidated Verified Motion for Attorney's Fees and Non-Taxable Expenses and Costs and Supporting Memorandum of Law" ("Plaintiffs' Motion for Fees"), DE 146, "Verified Notice of Filing Supplemental Fees" ("Plaintiffs' Motion for Supplemental Fees") DE 154, and "Verified Notice of Filing Fee Experts' Invoices" ("Plaintiffs' Motion for Expert Fees"), DE 155, which were previously referred to the Honorable Bruce E. Reinhart for a Report and Recommendation, DE 159.  On July 26, 2022, Judge Reinhart issued the Report and Recommendation. DE 170.  On August 9, 2022, Plaintiffs objected to the Report and Recommendation. DE 172.  On August 23, 2022, Defendant responded, DE 173, and Plaintiffs replied thereafter, DE 174.

    The Court has conducted a *de novo* review of Judge Reinhart's Report and Recommendation and the record, and it is otherwise fully advised in the premises. Upon review, the Court finds Judge Reinhart's Report and Recommendation to be well reasoned and correct.  The Court concludes that

1

Plaintiffs' Motion for Attorney's Fees should be granted in part and denied in part, Plaintiffs' Motion for Supplemental fees should be denied, and Plaintiffs' Motion for Expert Fees should be denied for the reasons set forth in the Report and Recommendation.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.  Magistrate Judge Reinhart's Report and Recommendation [DE 170] is **ADOPTED**.

2.  Plaintiffs' Motion for Attorney's Fees is **GRANTED IN PART AND DENIED IN PART**.

3.  Plaintiffs' Motion for Supplemental Fees is **DENIED**.

4.  Plaintiffs' Motion for Expert Fees is **DENIED**.

5.  Plaintiffs are awarded $272,818.10 in attorney's fees and costs.

6.  The Clerk of Court is instructed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 29th day of August, 2022.

Copies furnished to:
Counsels of Record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE